# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARKOW,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CITIBANK, N.A.,<br>　　Defendant. | CV 21-850 DSF (SKx)<br><br>Order DENYING Motion to Remand (Dkt. No. 13) |

　　Plaintiff has filed a motion for remand currently set for hearing on May 3, 2021. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 3, 2021 is removed from the Court's calendar.

　　The motion to remand is DENIED because Plaintiff's complaint stated on its face a violation of a federal statute that gives rise to federal question jurisdiction in this Court.

　　IT IS SO ORDERED.

Date: April 23, 2021

　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge