# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARKOW,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>CITIBANK, N.A.,<br>　　　Defendant. | CV 21-850 DSF (SKx)<br><br>JUDGMENT |

　　The Court having granted Plaintiff's motion to compel arbitration,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: May 20, 2021

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge